IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEGE REDDY, | No. C 10-01714 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| AXIOM AUTOMOTIVE TECHNOLOGIES, INC., ET AL., | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 20, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is March 31, 2011.

DESIGNATION OF EXPERTS by pltf: 5/27/11; DESIGNATION BY DEFT. 6/6/11, REBUTTAL by Pltf: 6/13/11 .
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is July 1, 2010.

DISPOSITIVE MOTIONS **SHALL** be filed by April 8, 2011;

    Opp. Due April 22, 2011; Reply Due April 29, 2011;

    and set for hearing no later than May 13, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: July 19, 2011 at 3:30 PM.

JURY TRIAL DATE: August 1, 2010 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties agree that deft may depose plaintiff for 13 hours and that pltf. may depose a defense witness for 13 hours.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge