Thomas M. Litton, Esq. (Cal. Bar No. 119985)
Law Offices of Thomas Marc Litton
555 Montgomery Street, Suite 820
San Francisco, California 94104
Telephone: (415) 421-4774
Facsimile: (415) 421-4784
Attorney for Plaintiff,
Gege Reddy

ADAM J. FISS, Bar No. 211799
MICHELE M. BABB, Bar No. 248833
LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
Telephone:     408.998.4150
Facsimile:     408.288.5686
afiss@littler.com
mbabb@littler.com
Attorneys for Defendants
AXIOM AUTOMOTIVE TECHNOLOGIES, INC. AND TRANSTAR INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEGE REDDY,<br><br>　　Plaintiff,<br><br>v.<br><br>AXIOM AUTOMOTIVE TECHNOLOGIES, INC.; TRANSTAR INDUSTRIES, INC.; DOES 1 THROUGH 20, inclusive and each of them,<br><br>　　Defendants. | Case No.  C 10-01714 SI<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON<br><br>Date:   December 20, 2010<br>Time:   3:00 p.m.<br>Judge:  Honorable Susan Illston<br>Courtroom: 10 |

//

Stipulation to Continue CMC and Proposed Order Thereon

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE HEARING

The parties and their respective counsel having conferred hereby stipulate and agree that in the interest of judicial economy the case management conference hearing, presently set for December 20, 2010, should be continued in order to allow the parties to continue their on-going settlement discussions.

The parties respectfully request that the court continue the case management conference to January 21, 2011 at 3:00pm.

Dated: December __, 2010        LAW OFFICES OF THOMAS MARC LITTON

                                By:   /s/ Thomas Marc Litton
                                      THOMAS MARC LITTON
                                      Attorney for Plaintiff


Dated: December __, 2010        LITTLER MENDELSON, P.C.


                                BY:   /s/Adam J. Fiss
                                      ADAM J. FISS
                                      Attorney for Defendants


[PROPOSED] ORDER

GOOD CAUSE APPEARING to the satisfaction of the court, the case management conference hearing set for December 20, 2010 is hereby continued to January 21, 2011 at 3:00 pm in Courtroom 10.

                                      Honorable Susan Illston
                                      District Court Judge

Stipulation to Continue CMC and Proposed Order Thereon