1  ADAM J. FISS, Bar No. 211799
   MICHELE M. BABB, Bar No. 248833
2  LITTLER MENDELSON
   A Professional Corporation
3  50 W. San Fernando, 15th Floor
   San Jose, CA 95113.2303
4  Telephone:   408.998.4150
   Facsimile:   408.288.5686
5  afiss@littler.com
   mbabb@littler.com
6

7  Attorneys for Defendants
   AXIOM AUTOMOTIVE TECHNOLOGIES, INC.
8  AND TRANSTAR INDUSTRIES, INC.

9  THOMAS MARC LITTON, Bar No. 119985
   LAW OFFICES OF THOMAS MARC LITTON
10 555 Montgomery Street, Suite 820
   San Francisco, CA 94111
11 Telephone:   415.421.4774
   Facsimile:   415.421.4784
12 marc@littonlaw.com

13 Attorney for Plaintiff
   GEGE REDDY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEGE REDDY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AXIOM AUTOMOTIVE TECHNOLOGIES, INC.; TRANSTAR INDUSTRIES, INC.; DOES 1 THROUGH 20, inclusive and each of them,<br><br>　　　　　Defendants. | Case No. C 10-01714 SI<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON**<br><br>Date: January 21, 2011<br>Time: 3:00 pm<br>District Court Judge Susan Illston<br>Courtroom: 10 |

The parties and their respective counsel having conferred hereby stipulate and agree that in the interest of judicial economy the case management conference hearing, presently set for

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE AND
[PROPOSED] ORDER THEREON

Case No. C 10-01714 SI

1  January 21, 2011, should be continued. The reason for the request is that the parties have reached a
2  tentative settlement agreement and are in the process of finalizing the terms of the settlement. The
3  parties respectfully request that the court continue the case management conference to February 25,
4  2011 at 3:00 p.m.

Dated: _____, 2011

_____
Attorneys for Plaintiff
GEGE REDDY

Dated: _____, 2011

_____
Attorneys for Defendants
AXIOM AUTOMOTIVE TECHNOLOGIES,
INC. AND TRANSTAR INDUSTRIES, INC.

[PROPOSED ORDER]

GOOD CAUSE APPEARING to the satisfaction of the court, the case management conference hearing set for January 21, 2011 is hereby continued to February 25, 2011 at 3:00 p.m. in Courtroom 10.

Dated: _____, 2011

_____
**Susan Illston**
United States District Judge