Thomas Marc Litton, Esq. (Cal. Bar No. 119985)
Law Offices of Thomas Marc Litton
555 Montgomery Street, Suite 820
San Francisco, California 94104
Telephone: (415) 421-4774
Facsimile: (415) 421-4784
Attorney for Plaintiff,
Gege Reddy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEGE REDDY,<br><br>    Plaintiff,<br><br>v.<br><br>AXIOM AUTOMOTIVE TECHNOLOGIES, INC.; TRANSTAR INDUSTRIES, INC.; DOES 1 THROUGH 20, inclusive and each of them,<br><br>    Defendants. | Case No.  C 10-01714 SI<br><br>PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON<br><br>Judge: Honorable Susan Illston<br>Courtroom: 10 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41, Plaintiff Gege Reddy hereby voluntarily requests dismissal the above-captioned matter with prejudice.

Dated: 24 January 2011        LAW OFFICES OF THOMAS MARC LITTON

                              By:  _____
                                   THOMAS MARC LITTON
                                   Attorney for Plaintiff, Gege Reddy

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER ON REQUEST FOR DISMISSAL

GOOD CAUSE APPEARING to the satisfaction of the court, the above-captioned matter is dismissed with prejudice.

2/15/11



Honorable Susan Illston
District Court Judge
Northern District of California